**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Richard Weeks, et. al.            ) | |
|                                               ) | Case No: 4:20-cv-622 |
|         Plaintiffs,                    ) | |
| v.                                         ) | |
|                                               ) | |
| Tracy PAI Management LTD, et. al. ) | |
|                                               ) | |
|         Defendants.               ) | |

## DISMISSAL WITHOUT PREJUDCE

COME NOW Plaintiffs and dismiss without Prejudice their pending cause of action against Defendants.

Respectfully Submitted,

FRANKEL, RUBIN, KLEIN,
PAYNE & PUDLOWSKI, P.C.

By: /s/ Mayer S. Klein

MAYER S. KLEIN, #32605
mklein@frankelrubin.com
Attorney for Plaintiffs
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri  63105
Telephone: (314) 725-8000
Facsimile:  (314) 726-5837

1